**Preston CARTER v. STATE.**

No. 18773.

Court of Criminal Appeals of Texas.

Jan. 6, 1937.

J. M. Griffith, of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for theft, punishment assessed being three years' confinement in the penitentiary.

Appellant has filed his affidavit with this court, advising that he does not further desire to prosecute his appeal.

At his request the appeal is ordered dismissed.

MORROW, P. J., absent.